# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BRERETON,<br><br>  Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>  Defendants. | Case No. 3:23-cv-00487-ART-CSD<br><br>**ORDER GRANTING**<br><br>**Stipulation and Order for Dismissal with Prejudice** |

Plaintiff, Richard Brereton, and Defendants, Marjany Bolling, Robert Lewis, Tania Auguello, and Francisco Barrios, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 24 of September 2024.

By: _____
Richard Brereton, #81130
*Plaintiff, pro se*

DATED this 24th of September, 2024.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ODERED.**

_____
Anne R. Traum
United States District Judge

DATED: November 14, 2024